Matter of Ewing (2025 NY Slip Op 00555)

Matter of Ewing

2025 NY Slip Op 00555

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ.

772 CA 23-01840

[*1]IN THE MATTER OF THE ESTATE OF GORDON EWING, ALSO KNOWN AS GORDON M. EWING, DECEASED. 
NANCY EWING, AS EXECUTOR OF THE ESTATE OF GORDON EWING, PETITIONER-APPELLANT, GAIL BURNS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF REBECCA J. BURNS-EWING, RESPONDENT-RESPONDENT. THOMAS D. MIGLIACCIO, GUARDIAN AD LITEM FOR MINOR BENEFICIARIES, APPELLANT. (APPEAL NO. 2.)

COLE, SORRENTINO, HURLEY, HEWNER & GAMBINO, P.C., BUFFALO, MAGAVERN MAGAVERN GRIMM LLP (EDWARD J. MARKARIAN OF COUNSEL), FOR PETITIONER-APPELLANT.
THOMAS D. MIGLIACCIO, WILLIAMSVILLE, FOR APPELLANT.
JEFFREY F. VOELKL, WILLIAMSVILLE, FOR RESPONDENT-RESPONDENT.

 Appeals from a corrected order of the Surrogate's Court, Erie County (Acea M. Mosey, S.), entered September 28, 2023. The corrected order, among other things, directed the Estate of Gordon Ewing to pay respondent Gail Burns, as the fiduciary of the Estate of Rebecca J. Burns-Ewing, the sum of $37,780.83. 
It is hereby ORDERED that said appeals are unanimously dismissed without costs (see Matter of Panella [appeal No. 2], 218 AD3d 1198, 1199 [4th Dept 2023]; Moody v Sorokina, 56 AD3d 1246, 1247 [4th Dept 2008]).
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court